MILES v. BARTON. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Actions by Herbert L. Miles against James Barton, by William P. Dixon against William Schaaf, by Lawrence Murphy against

the Interurban Street Railroad Company, by George Niedermeier against Wendelin Spielman, by John Fowler against Solomon Schinasi, and by Moritz Berger against Nathan Glassheim. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.